UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SANDRA MENDEZ AND SERGIO
FERNANDEZ,

    Plaintiffs,

v.

Case No:     8:13-cv992-T-24AEP

TEQUILAS MEXICAN GRILL &
CANTINA LLC and YECID CARDENAS,

    Defendants.
_____/

## NOTICE OF FILING VERIFIED ANSWERS TO COURT INTERROGATORIES

Plaintiffs, SANDRA MENDEZ AND SERGIO FERNANDEZ, by and through their attorney, the undersigned, hereby file their Answers to the Court's Interrogatories.

Dated this 28th day of June, 2013.

    Respectfully submitted,

    /s/ *Donna V. Smith*
    **DONNA V. SMITH**
    Florida Bar Number: 661201
    Direct No.: 813-386-0995
    **WENZEL FENTON CABASSA, P.A.**
    1110 North Florida Avenue, Suite 300
    Tampa, FL 33602
    Main No.: 813-224-0431
    Facsimile: 813-229-8712
    Email: dsmith@wfclaw.com
    Email: tsoriano@wfclaw.com
    **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 28th, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to the following:

Rory B. Weiner
RORY B. WEINER, P.A.
Lumsden Executive Park
671 West Lumsden Road
Brandon, Florida 33511-5911

/s/Donna V. Smith
**DONNA V. SMITH**

## COURT'S INTERROGATORIES TO PLAINTIFFS

1. During what period of time were you employed by the Defendant?

    **ANSWER:**
    **Mendez:** Started May 2012
    Ended January 2013

    **Fernandez:** Started May 2012
    Ended January 2013

2. Who was your immediate supervisor?

    **ANSWER:**
    **Mendez:** Jesid Cardenas

    **Fernandez:** Jesid Cardenas
    Eugenio

3. Did you have a regularly scheduled work period? If so, specify.

    **ANSWER:**
    **Mendez:**
    No.
    Monday: 5:00-8:00PM
    Tuesday: Off
    Wednesday: Off
    Thursday: 10:00AM to 3:00PM
    Friday: 10:00AM to 2:00PM – 5:00PM to 9:00PM
    Saturday: 5:00PM to 11:00PM
    Sunday Varied

    **Fernandez:**
    No. Friday and Saturday: 9:00 to 3:00PM and 5:00 PM to 11:00/11:30 PM
    Monday, Wednesday, and Thursday: 9:00 to 3:00PM and 5:00 to 10/10:30 PM
    Sunday: 9:00 to 3:00PM and 5:00 to 9:00 PM
    Tuesday: off
    Sometimes I worked Thursdays after 3:00 PM

4. What was your title or position? Briefly describe your job duties.

   **ANSWER:**
   **Mendez:** Waitress. Clean tables, mop floors, and set tables.

   **Fernandez:** Chef, prepared all food of the tickets with the orders.

5. What was your regular rate of pay?

   **ANSWER:**
   **Mendez:** At the beginning $4.65 per hour, plus tips. After, only tips.

   **Fernandez:** $1,200 very 2 weeks.

6. Provide an accounting of your claim, including:

Prior to the completion of discovery and to the best of Plaintiffs' knowledge, Plaintiffs' good faith estimate of unpaid wages is calculated herein:

   (a) dates

   **ANSWER:**
   **Mendez:** 4 months

   **Fernandez:** May, 2012 - Jabuary 2013

   (b) regular hours worked

   **ANSWER:**
   **Mendez:** 40, estimated

   **Fernandez:** 40, estimated

   (c) over-time hours worked

   **ANSWER:**
   **Mendez:** 1 hour per week, estimated

   **Fernandez:** 28.5, estimated

    (d)    pay received versus pay claimed

**ANSWER:**
**Mendez:**
16 weeks x 40 hours x $7.79 per hour = $4685.6, excluding any overtime, fees, and liquidated damages.

**Fernandez:**
    68.5 hours / $600 = $8.75 regular rate
    $8.75 / 2 = $4.37 half rate
    $4.37 x 28 hours x 35 weeks
    $ 4,282 plus liquidated damages, fees, and expenses.

    (e)    total amount claimed

**ANSWER:**
**Mendez:** See above

**Fernandez:** See above

7. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

**ANSWER:**
**Mendez:**    1/30/2013, and orally before

**Fernandez:**    Through this case.

8. Was this complaint written or oral? (If a written complaint, please attach a copy).

**ANSWER:**
**Mendez:**    Written and Oral before 1/2013

**Fernandez:**    Written

9. What was your employer's response? (If a written response, please attach a copy).

**ANSWER:**
**Mendez:**    None to the written letter. To the oral complaint, he said he could pay $60.00 per week or reduce my hours. This was towards the end of my employment.

**Fernandez:**    See Answer to Complaint.

Declaration under penalty of perjury (28 USC § 1746)

    I declare under penalty of perjury that the foregoing is true and correct. Executed on 28 day of June, 2013.

_____
Sandra Mendez

_____
Sergio Fernandez